**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Peter Olney, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>Job.com, Inc.,<br><br>                    Defendant. | Case Number: 13-cv-02004-AWI-SAB<br><br>**ORDER GRANTING STIPULATION OF LEAVE FOR PLAINTIFF TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT** |

**Based upon the Stipulation for Leave to File a Second Amended Complaint, and good cause appearing, this Court hereby Orders that**:

1. Plaintiff is granted leave to file the Second Amended Complaint, attached to the Stipulation for leave to amend as Exhibit A.

2. The Second Amended Complaint Shall be filed in accord with the Local Rules.
3. Job.com shall respond to the Second Amended Complaint no later than 30 days after it is filed.

IT IS SO ORDERED.

Dated: __February 24, 2014__          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE