UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER OLNEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**JOB.COM, INC.; AND WINDY CITY CALL CENTER, LLC,**<br><br>Defendants. | Case No: 1:13-cv-02004-AWI-SAB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JOB.COM, INC., ONLY, WITHOUT PREJUDICE**<br><br>**HON. ANTHONY W. ISHII** |

Based upon Plaintiff's Request for Voluntary Dismissal of Defendant Job.com, only, Without Prejudice, and good cause, this Court hereby orders the dismissal of Defendant Job.com, only, without prejudice.

IT IS SO ORDERED.

Dated:   March 13, 2014                                   _____
                                                                                SENIOR  DISTRICT  JUDGE