UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PETER OLNEY,

        Plaintiff,

vs.

WINDY CITY CALL CENTER, LLC,

        Defendant.
_____/

**OLD CASE NO. 13-CV-2004-AWI-SAB**
**NEW CASE NO. 13-CV-2004-LJO-SKO**

**ORDER TO RELATE ACTIONS AND**
**TO REASSIGN DISTRICT JUDGE**

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Olney v. Job.com*, Case No. 1:12-CV-1724-LJO-SKO. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the assigned district and magistrate judges have not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto. All documents shall bear the new **CASE NO. 1:13-CV-2004-LJO-SKO**.

**SO ORDERED**
**Dated: June 17, 2014**

                                /s/ Lawrence J. O'Neill
                             **United States District Judge**