# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER OLNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WINDY CITY CALL CENTER, LLC,<br><br>Defendant. | Case No: 13-cv-02004-LJO-SKO<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**Judge:** Hon. Lawrence J. O'Neill |

Having considered the Joint Motion For Leave To File Third Amended Complaint ("Joint Motion"), the Court hereby GRANTS the Joint Motion, finding that justice requires that leave to amend be granted pursuant to Fed. R. Civ. P 15(a). Plaintiff shall file the Third Amended Complaint attached as Exhibit A to the Declaration of Jason A. Ibey within three (3) business days. Windy City Call Center, LLC shall file a response within fourteen (14) days of the filing of the Third

Amended Complaint.

IT IS SO ORDERED.

Dated: **October 7, 2014**             **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
CASE NO.: 13-cv-02004-LJO-SKO