UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER OLNEY**, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff<br>           vs.<br><br>**JOB.COM, INC.,** and **WINDY CITY CALL CENTER, LLC**,<br><br>Defendants | Case No. 13-cv-02004-LJO-SKO<br><br>**ORDER** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated:   **December 1, 2014**           /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE